UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST KRAUSE; and FREDERICK MITCHELL, | No. 2:23-cv-2307 DB |
| Plaintiffs, | ORDER |
| v. | |
| MANJARI CHAWLA, et al., | |
| Defendants. | |

  This civil action has been directly assigned to the undersigned pursuant to the Local Rules, Appendix A(m). On October 23, 2023, defendants Manjari Chawla, Leah T. Wilson, Ruben Duran, George S. Cardona, Ryan T. Chin, Tiffany F. Sorensen, Michael Nguyen, and the State Bar of California filed an ex parte application for a 28-day extension of time to file a response to plaintiffs' complaint. (ECF No. 6.) That same day plaintiffs filed an opposition. (ECF No. 7.)

  Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that a court may grant an extension of time for "good cause" where the requesting party moves for an extension of time before the applicable deadline expires. Id. Here, defendants' deadline has not expired, as defendants have until November 2, 2023, to file a response to plaintiffs' complaint. (ECF No. 6 at 2.) Moreover, defendants' motion notes that the complaint is lengthy and potentially

implicates complex legal issues. (Id. at 4-5.) The undersigned, therefore, finds that defendants have established good cause for granting their request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' October 23, 2023 ex parte application for an extension of time (ECF No. 6) is granted; and

2. Defendants shall file a response to plaintiffs' complaint on or before November 30, 2023.

DATED: October 25, 2023           /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\krause2307.eot.ord