UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST KRAUSE, et al., | No. 2:23-cv-02307-DAD-SCR |
| Plaintiffs, | |
| v. | ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| MANJARI CHAWLA, et al., | |
| Defendants. | |

On August 2, 2024, the court issued an order granting several motions to dismiss and terminating all named defendants in this action except for defendant William Maroni, who has not appeared in this action and who, according to the docket, has not been served in accordance with Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 94.) In that order, the court noted that it would address by way of separate order plaintiffs' failure to timely serve the summons and operative complaint on defendant Maroni, who is now the sole remaining named defendant in this action. (*Id.* at 2 n.1, 16.)

Pursuant to Rule 4, "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service

1

be made within a specified time." Fed. R. Civ. P. 4(m).  Plaintiffs initially named defendant Maroni in their first amended complaint ("FAC") filed on December 4, 2023, and thus plaintiffs were required to serve defendant Maroni with the summons and FAC by no later than March 4, 2024.  (Doc. No. 36.)  According to the docket in this action, which does not reflect the filing of any summons returned executed for defendant Maroni, plaintiffs have failed to serve defendant Maroni within the 90 days required by Rule 4(m).  Accordingly, **plaintiffs are hereby ordered to show cause in writing within thirty (30) days of this order why their claims against defendant Maroni in this action should not be dismissed due to their failure to timely serve defendant Maroni**.

      Plaintiffs may respond to this order to show cause by:  (1) serving defendant Maroni in compliance with Rule 4 and filing a proof of service with the court; (2) filing a declaration showing good cause for their failure to serve defendant Maroni, *see* Fed. R. Civ. P. 4(m); or (3) filing a notice of voluntary dismissal of defendant Maroni from this action under Federal Rule of Civil Procedure 41.  Plaintiffs are warned that failure to comply with this order may result in a dismissal of this case for failure to obey a court order and failure to prosecute.  *See Marowitz v. Williams*, No. 1:16-cv-01892-DAD-BAM, 2022 WL 673761, at *5 (E.D. Cal. Mar. 7, 2022) (providing the plaintiff with 30 days to serve the defendants in compliance with Rule 4(m) or file a notice of voluntary dismissal and warning the plaintiff that failure to comply with that order might result in dismissal of the action).

      IT IS SO ORDERED.

Dated:  **August 20, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE