UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST KRAUSE, et al., | No. 2:23-cv-02307-DAD-SCR |
| Plaintiffs, | |
| v. | ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT WILLIAM |
| MANJARI CHAWLA, et al., | (Doc. No. 98.) |
| Defendants. | |

On August 21, 2024, the court ordered plaintiffs to show cause in writing within thirty (30) days why their claims against defendant William Maroni in this action should not be dismissed due to their failure to timely serve defendant Maroni in accordance with Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 98); *see also* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). Plaintiffs thus had until September 20, 2024 to respond to that order. Despite being warned "that failure to comply with this order may result in a dismissal of this case for failure to obey a court order and failure to prosecute" (Doc. No. 98 at 2), plaintiffs have not filed any response to that order. Accordingly, plaintiffs' claims asserted

/////

/////

1

against defendant William Maroni are dismissed.  The Clerk of the Court is directed to terminate defendant William Maroni as a named defendant in this action.

    IT IS SO ORDERED.

Dated:  **October 4, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2