UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST KRAUSE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MANJARI CHAWLA, et al.,<br><br>Defendants. | No.  2:23-cv-02307-DAD-SCR<br><br>ORDER ENTERING JUDGMENT<br><br>(Doc. No. 96) |

   This matter is before the court on the motion for entry of judgment filed on August 13, 2024 by defendants the State Bar of California, Manjari Chawla, Leah Wilson, Ruben Duran, George Cardona, Ryan Chin, Tiffany Sorensen, Michael Nguyen, and Alex Hackert.  (Doc. No. 96.)  Plaintiffs have not filed any opposition or notice of non-opposition to the pending motion.

   On August 2, 2024, the court issued an order dismissing all of plaintiffs' claims brought against all defendants, except plaintiffs' claims brought against defendant William Maroni, without leave to amend.  (Doc. No. 94.)  On October 7, 2024, the court issued an order dismissing plaintiffs' claims brought against the only remaining defendant, defendant Maroni.  (Doc. No. 99.)

   In accordance with Federal Rule of Civil Procedure 58, and in light of the court's orders dismissing plaintiffs' claims against all defendants (*see* Doc. Nos. 94, 99), the Clerk of the Court

1

is directed to enter judgment in favor of defendants Manjari Chawla, Leah Wilson, Ruben Duran, George Cardona, Ryan Chin, Tiffany Sorensen, Michael Nguyen, Alex Hackert, and the State Bar of California.  The Clerk of the Court is also directed to now close this case.

     IT IS SO ORDERED.

Dated:  **October 28, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2