# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ERNEST KRAUSE, ET AL.,**

CASE NO: **2:23–CV–02307–DAD–SCR**

v.

**MANJARI CHAWLA, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/29/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **October 29, 2024**

by: /s/ L. Mena–Sanchez
Deputy Clerk